IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD BYRD, | Case No.  CV-F-06-00900 OWW LJO |
| Plaintiff, | ORDER |
| v. | |
| ATWATER RESERVE OFFICER MICHAEL TEATER; GORDON SPENCER, FORMER DISTRICT ATTORNEY FOR THE COUNTY OF MERCED; MARK PAZIN, SHERIFF OF THE COUNTY OF MERCED; STEPHEN MAUZY; CENTURY 21 SALVADORI REALTY; CARL CAMPODONICA; WILLIAM AND LILLIAN CAMPODONICA TRUST; JOHN JULIUS; GARTH PECCHENINO; DAVID GRESHAM; HOSTETLER INVESTMENTS, LLC; BELLEVUE ROAD PARTNERS, LLC; C. LOGAN McKECHNIE, SBN 77393, THE COUNTY OF MERCED, CALIFORNIA; THE CITY OF ATWATER, CALIFORNIA, DOES 1-10, | |
| Defendants. | |

This matter is before the Court on plaintiff's *ex parte* application for an extension of time to complete service of process and to continue the December 6, 2006 Scheduling Conference.

Good cause appearing, the Court hereby orders as follows:

1. The time for the completion of service of process is hereby extended to March 14, 2007,

2. The Scheduling Conference is hereby continued to April 5, 2007 at 8:45a.m., and

1

3.   A copy of this order shall be served on the defendants as part of the service process.

IT IS SO ORDERED.

DATED: 10/20/06              /s/ Oliver W. Wanger
                             _____
                             OLIVER W. WANGER
                             UNITED STATES DISTRICT COURT JUDGE