**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICHARD BYRD,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>BELLEVUE ROAD PARTNERS LLC, et al.,<br><br>　　　　　Defendants. | 1:06-cv-0900 OWW WMW<br><br>ORDER AFTER SCHEDULING CONFERENCE<br><br>Further Scheduling Conference Date: 5/25/07 8:45 Ctrm. 3 |

**I.   Date of Scheduling Conference.**

　　**April 5, 2007.**

**II.  Appearances Of Counsel.**

　　**Kevin Little, Esq., appeared on behalf of Plaintiff.**

　　**There was no appearance for any Defendant.**

**III. Status of Case.**

　　**1.   Mr. Little advises that due to a complete change in the staff of his office that process has only recently gone out for service.**

　　**2.   Good cause appearing, the date for service of the Summons and Complaint on Defendants is extended through and including April 25, 2007.  The Scheduling Conference is continued**

1

1  `to May 25, 2007, at 8:45 a.m.`

3  IT IS SO ORDERED.

4  **Dated:   April 10, 2007**              **/s/ Oliver W. Wanger**
   emm0d6                                   UNITED STATES DISTRICT JUDGE