IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD BYRD,

      Plaintiff,

  vs.

OFFICER MICHAEL TEATER, et al.,

      Defendants.

CV F 06 0900 OWW WMW

ORDER GRANTING DEFENDANT PAZIN AN EXTENSION OF TIME OF THIRTY DAYS TO RESPOND TO THE COMPLAINT

      Defendant Sheriff Mark Pazin has filed an *ex parte* request for a thirty day extension of time in which to file a response to Plaintiff's Complaint for Damages, Declaratory Relief and Rescission. The Court finds the request to be supported by good cause. Accordingly, IT IS HEREBY ORDERED that Defendant Sheriff Mark Pazin is granted an extension of time of thirty days from the date of service of this order in which to file a response to Plaintiff's Complaint for Damages, Declaratory Relief and Rescission.

IT IS SO ORDERED.

**Dated:   May 16, 2007**          /s/ William M. Wunderlich

1

1   UNITED STATES MAGISTRATE JUDGE
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26