**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICHARD BYRD, ) | 1:06-cv-0900 OWW WMW |
| ) | |
| Plaintiff, ) | AMENDED ORDER AFTER |
| ) | SCHEDULING CONFERENCE |
| v. ) | |
| ) | Further Scheduling |
| ATWATER RESERVE OFFICER MICHAEL ) | Conference Date: 6/29/07 |
| TEATER; GORDON SPENCER, FORMER ) | 8:45 Ctrm. 3 |
| DISTRICT ATTORNEY FOR THE COUNTY ) | |
| OF MERCED; MARK PAZIN, SHERIFF ) | |
| OF THE COUNTY OF MERCED; STEPHEN ) | |
| MAUZY; CENTURY 21 SALVADORI ) | |
| REALTY; CARL CAMPODONICA; ) | |
| WILLIAM AND LILLIAN CAMPODONICA ) | |
| TRUST; JOHN JULIUS; GARTH ) | |
| PECCHENINO; DAVID GRESHAM; ) | |
| HOSTETLER INVESTMENTS, LLC; ) | |
| BELLEVUE ROAD PARTNERS, LLC; C. ) | |
| LOGAN McKECHNE, SBN 77393, THE ) | |
| COUNTY OF MERCED, CALIFORNIA; ) | |
| THE CITY OF ATWATER, CALIFORNIA, ) | |
| DOES 1-10, ) | |
| ) | |
| Defendants. ) | |
| ) | |

I.  Date of Scheduling Conference.

   May 25, 2007.

II. Appearances Of Counsel.

   Kevin G. Little, Esq., appeared on behalf of Plaintiff.

   Dowling, Aaron & Keeler, Inc., by Keith M. White, Esq.,

1

appeared on behalf of Defendant C. Logan McKechne.

McCormick, Barstow, Sheppard, Wayte & Carruth by David Emersian, Esq., appeared on behalf of Defendants Carl Campodonica, William and Lillian Campodonica Trust, John Julius, Garth Pecchenino, David Gresham, Hostetler Investments, LLC, and Bellevue Road Partners, LLC.

Allen, Proietti & Fagalde, LLP by Terry L. Allen, Esq., appeared on behalf of Defendants Century 21 Salvadori Realty and Stephen Mauzy.

Kenneth Hedberg, Esq., appeared on behalf of Defendants City of Atwater and Michael Teater.

Defendants Gordon Spencer, former District Attorney for the County of Merced, Mark Pazin, Sheriff of the County of Merced and the County of Merced did not appear at the conference.  Counsel advised that the Kassidy Law Firm may represent Mark Pazin and it is undetermined whether the Weakley law firm will represent the County of Merced.  Gordon Spencer and the County of Merced have not been served.  Mark Pazin has been served.

III.   Status of Case.

1.   In view of the non-appearance of some of the parties, all parties agree that it would be most efficient and conserve party and court resources for the Scheduling Conference to be continued to June 29, 2007, at 8:45 a.m.

IT IS SO ORDERED.

**Dated:   May 31, 2007**              /s/ Oliver W. Wanger
                                    UNITED STATES DISTRICT JUDGE