David J. Weiland #160447
Keith M. White   #188536
**DOWLING, AARON & KEELER, INC.**
8080 North Palm Avenue, Third Floor
P.O. Box 28902
Fresno, California 93729-8902
Tel: (559) 432-4500 / Fax: (559) 432-4590
dweiland@daklaw.com/kwhite@daklaw.com

Attorneys for Defendant C. LOGAN MCKECHNIE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD BYRD,<br>                    Plaintiff,<br><br>vs.<br><br>ATWATER RESERVE OFFICER MICHAEL TEATER; GORDON SPENCER, FORMER DISTRICT ATTORNEY FOR THE COUNTY OF MERCED; MARK PAZIN, SHERIFF OF THE COUNTY OF MERCED; STEPHEN MAUZY; CENTURY 21 SALVADORI REALTY; CARL CAMPODONICA; WILLIAM AND LILLIAN CAMPODONICA TRUST; JOHN JULIUS; GARTH PECCHENINO; DAVID GRESHAM; HOSTETLER INVESTMENTS, LLC; BELLEVUE ROAD PARTNERS, LLC; C. LOGAN MCKECHNIE, SBN 77393; THE COUNTY OF MERCED, CALIFORNIA; THE CITY OF ATWATER, CALIFORNIA, DOES 1-10,<br>                    Defendants. | Case No. 1:06-cv-0900 OWW GSA<br><br>**ORDER CONTINUING HEARING AND RESPONSE DATES**<br><br><br>DATE: November 19, 2007<br>TIME:  10:00 a.m.<br>DEPT:  3<br><br>Judge Oliver W. Wanger |

The following matters came for noticed hearing on November 19, 2007 at 10:00 a.m.:

Defendant County of Merced's Motion to Dismiss/More Definite Statement;

Defendant Gordon Spencer's Motions to Dismiss; and

[PROPOSED] ORDER

PDF created with pdfFactory trial version www.pdffactory.com

Defendant C. Logan McKechnie's Motion to Dismiss/Strike/More Definite Statement.

Personally appearing were: Terry Allen, Esq. for Defendant Gordon Spencer; Michael Linden, Esq. for Defendant County of Merced; Terence Cassidy, Esq. for Mark Pazin; Paul Sheele, Esq. for Michael Teater and City of Atwater; Keith White, Esq. for Defendant C. Logan McKechnie; and Kevin Little for Plaintiff Richard Byrd.

The Court has reviewed the papers in support of the aforementioned motions along with the Declaration of Kevin Little, Esq. filed under seal on November 19, 2007. Based on Mr. Little's declaration and representations made by Mr. Little in open court, the Court finds good cause to continue the hearing on the motions scheduled for today's date, to January 28, 2008 at 10:00 a.m. in courtroom 3. Mr. Little or new counsel is to submit opposing papers by December 28, 2007. If such opposing papers are not filed, Mr. Little shall instead file a motion to withdraw as counsel on or before December 28, 2007. Any reply papers to the opposition to the motions to dismiss are due on January 9, 2008. All discovery in this matter is stayed until January 28, 2008.

IT IS SO ORDERED:

November 30, 2007                    /s/ OLIVER W. WANGER
                                     Oliver W. Wanger
                                     United States District Judge

F:\WPD\80\8919\59\982i5337.kmw.doc

PDF created with pdfFactory trial version www.pdffactory.com