**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Terence J. Cassidy, SBN 99180
Kristina M. Hall, SBN 196794
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendant MARK PAZIN

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD BYRD, | Case No. CIV 06-0900 OWW GSA |
| Plaintiff, | |
| vs. | **ORDER REGARDING FILING SCHEDULE ON SUMMARY JUDGMENT/ADJUDICATION MOTION OF DEFENDANT MARK PAZIN** |
| ATWATER RESERVE OFFICER MICHAEL TEATER; GORDON SPENCER, FORMER DISTRICT ATTORNEY FOR THE COUNTY OF MERCED; MARK PAZIN, SHERIFF OF THE COUNTY OF MERCED; STEPHEN MAUZY; CENTURY 21 SALVADORI REALTY; CARL CAMPODONICA; WILLIAM AND LILLIAN CAMPODONICA TRUST; JOHN JULIUS; GARTH PECCHENINO; DAVID GRESHAM; HOSTETLER INVESTMENTS, LLC; BELLEVUE ROAD PARTNERS, LLC; C. LOGAN McKECHNIE, SBN 77393, THE COUNTY OF MERCED, CALIFORNIA THE CITY OF ATWATER, CALIFORNIA, DOES 1-10, | |
| Defendants. / | |

On January 28, 2008, counsel for Defendant MARK PAZIN and Plaintiff RICHARD BYRD appeared before this Court regarding PAZIN's Motion for Summary Judgment/Adjudication. The Court, in accordance with its prior rulings, held that the motion was timely and properly filed. Plaintiff's counsel requested additional time to oppose the

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

1

**[PROPOSED] ORDER RE: FILING SCHEDULE ON MSJ/MSA OF DEFENDANT MARK PAZIN**
00558015.WPD

1  Motion so that he may complete the deposition of Defendant PAZIN.  In this regard, for
2  good cause appearing:
3      **IT IS HEREBY ORDERED** that in the event counsel for Plaintiff chooses to
4  complete the deposition of Defendant PAZIN he shall do so on or before March, 10, 2008.
5      **IT IS FURTHER ORDERED** that Plaintiff file any Opposition to Defendant
6  PAZIN's Motion for Summary Judgment/Adjudication on or before April 10, 2008 and that
7  Defendant PAZIN file any Reply to said Opposition on or before April 21, 2008.  The
8  hearing on that Motion is hereby scheduled for May 5, 2008, at 10:00 a.m.
9  IT IS SO ORDERED.
10  **Dated:   February 28, 2008**          /s/ Oliver W. Wanger
                                            UNITED STATES DISTRICT JUDGE

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

2
**[PROPOSED] ORDER RE: FILING SCHEDULE ON MSJ/MSA OF DEFENDANT MARK PAZIN**
00558015.WPD