IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RICHARD BYRD, | ) | No. CV-F-06-900 OWW/GSA |
| | ) | |
| | ) | MEMORANDUM DECISION GRANTING |
| | ) | DEFENDANTS MICHAEL TEATER |
| Plaintiff, | ) | AND CITY OF ATWATER'S |
| | ) | MOTION FOR JUDGMENT ON THE |
| vs. | ) | PLEADINGS (Doc. 73) |
| | ) | |
| | ) | |
| ATWATER RESERVE OFFICER | ) | |
| MICHAEL TEATER, et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Defendants Michael Teater and City of Atwater move for judgment on the pleadings on three grounds: (1) Plaintiff failed to timely file his complaint as required by the applicable statutes of limitations; (2) Plaintiff's state law claims are barred by his complete failure to comply with the California Government Claims Act; and (3) Plaintiff has failed to state a cognizable federal claim against Defendants Teater or the City of Atwater on any theory or cause of action.

In responding to this motion for judgment on the pleadings,

1  Plaintiff, after reciting the standards governing resolution of a
2  motion for judgment on the pleadings, asserts:

> 2.  The moving defendants are sued for damages and declaratory relief in the complaint for the following: (1) Teater, for false arrest and malicious prosecution, in violation of Byrd's rights under federal and state law; and (2) Atwater for municipal liability under federal law and for vicarious liability under state law.  All of these claims are, by implication, subject to dismissal based on the reasoning of the Court's February 21, 2008 Memorandum Decision and Order.  Plaintiff is not seeking reconsideration of the aspects of that ruling that pertain to the claims challenged by the moving defendants and will submit for present purposes on the pertinent arguments he has already unsuccessfully made to the Court.

12  Defendants' motion was noticed for hearing at 10:00 a.m. on
13 March 10, 2008.  Plaintiff's counsel, Kevin Little, emailed the
14 courtroom deputy at 9:22 a.m. on March 3, requesting to appear
15 telephonically and leaving a telephone number where he could be
16 reached.  At approximately 11:10 a.m., the case was called for
17 hearing.  The telephone number left by Mr. Little did not answer,
18 the voicemail message stating that he could not answer the phone
19 at that time and to leave a message.  The courtroom deputy
20 advised that the courtroom of Judge Wanger was calling for the
21 hearing on this case and requested that Mr. Little call the
22 courtroom immediately.  The courtroom deputy again called Mr.
23 Little's number at approximately 11:20 a.m. but again was unable
24 to reach Mr. Little.
25  There being no just reason not to proceed with the hearing
26 on Defendants' motion and no reasonable explanation for Mr.

**Little's failure to appear, the Court addressed the merits of Defendants' motion. Based on the findings stated in open court on March 10, 2008 and adopted herein and Plaintiff's concession that dismissal of the claims against Defendants Teater and the City of Atwater is required pursuant to the February 21, 2008 Memorandum Decision, Defendants' motion for judgment on the pleadings is GRANTED.**

IT IS SO ORDERED.

**Dated:   March 11, 2008**                    /s/ Oliver W. Wanger
                                          UNITED STATES DISTRICT JUDGE