**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Terence J. Cassidy, SBN 99180
Kristina M. Hall, SBN 196794
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendant MARK PAZIN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF RICHARD BYRD, | Case No. CIV 06-0900 OWW GSA |
| Plaintiff, | |
| vs. | **ORDER GRANTING DEFENDANT MARK PAZIN'S MOTION FOR SUMMARY JUDGMENT** |
| ATWATER RESERVE OFFICER MICHAEL TEATER; GORDON SPENCER, FORMER DISTRICT ATTORNEY FOR THE COUNTY OF MERCED; MARK PAZIN, SHERIFF OF THE COUNTY OF MERCED; STEPHEN MAUZY; CENTURY 21 SALVADORI REALTY; CARL CAMPODONICA; WILLIAM AND LILLIAN CAMPODONICA TRUST; JOHN JULIUS; GARTH PECCHENINO; DAVID GRESHAM; HOSTETLER INVESTMENTS, LLC; BELLEVUE ROAD PARTNERS, LLC; C. LOGAN McKECHNIE, SBN 77393, THE COUNTY OF MERCED, CALIFORNIA THE CITY OF ATWATER, CALIFORNIA, DOES 1-10, | |
| Defendants. | |

The Motion for Summary Judgment/Adjudication of Defendant MARK PAZIN came on regularly for hearing on May 5, 2008. Terence J. Cassidy of Porter Scott appeared on behalf of Defendant PAZIN and Kevin Little appeared on behalf of Plaintiff RICHARD BYRD appeared before this Court regarding PAZIN's Motion. Based on the Motion,

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

1

**[PROPOSED] ORDER RE: GRANTING DEFENDANT PAZIN'S MSJ & ENTRY OF JUDGMENT**
00580918.WPD

1  Opposition, related pleadings and evidence submitted in support thereof, the arguments of
2  counsel, and good cause appearing therefor:

3  **IT IS HEREBY ORDERED** that PAZIN's Motion for Summary Judgment is granted
4  in its entirety, as the Court finds that there are no facts to support any claim against PAZIN
5  based on the events in question. The Court's ruling is fully explained in its Memorandum
6  Decision Granting Defendant MARK PAZIN's Motion for Summary Judgment (Docket No.
7  60), incorporated by reference as though fully set forth herein.

8  **IT IS FURTHER ORDERED** that all claims against Defendant PAZIN are hereby
9  dismissed with prejudice.

11  Dated: May 21, 2008          /s/ OLIVER W. WANGER
                                 The Hon. Oliver W. Wanger
12                               United States District Court District Judge

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

2
**[PROPOSED] ORDER RE: GRANTING DEFENDANT PAZIN'S MSJ & ENTRY OF JUDGMENT**
00580918.WPD