IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF RICHARD BYRD,<br><br>Plaintiff,<br><br>vs.<br><br>ATWATER RESERVE POLICE OFFICER MICHAEL TEATER, et al.,<br><br>Defendants. | No. CV-F-06-900 OWW/GSA<br><br>ORDER DIRECTING PLAINTIFF TO APPEAR AND SHOW CAUSE ON AUGUST 4, 2008 |

On June 4, 2008, Defendant Gordon Spencer filed a motion for summary judgment, noticing the motion for hearing on July 28, 2008. By minute order filed on June 5, 2008, the hearing on the motion for summary judgment was continued to August 4, 2008. Pursuant to Rule 78-230(c), Local Rules of Practice, Plaintiff's opposition to the motion or statement of non-opposition was due to be filed by July 21, 2008. Plaintiff has filed no opposition or statement of non-opposition as of July 23, 2008 at 9:00 a.m.

Plaintiff is ordered to appear on August 4, 2008 at 10:00

1

**a.m. in Courtroom 3 and show cause why this action should not be dismissed pursuant to Rule 41(b), Federal Rules of Civil Procedure, for failure to prosecute this action.  Any written response to this order to show cause shall be filed no later than noon, July 29, 2008.**

    IT IS SO ORDERED.

**Dated:   July 23, 2008**                              /s/ Oliver W. Wanger
                                                  UNITED STATES DISTRICT JUDGE