UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF RICHARD BYRD,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ATWATER RESERVE OFFICER MICHAEL TEATER, et al.,<br><br>　　　　　Defendants. | 1:06-cv-0900 OWW GSA<br><br>ORDER TO SHOW CAUSE RE: STATUS OF KEVIN G. LITTLE AS ATTORNEY OF RECORD |

To Plaintiffs and their attorney of record Kevin G. Little:

Kevin G. Little is ordered to appear on August 25, 2008, at 10:00 a.m. to show cause, if any he has, why he should not be relieved as counsel of record and this case transferred to new attorneys for the Plaintiff.

IT IS SO ORDERED.

Dated:　August 1, 2008　　　　　　　　　/s/ Oliver W. Wanger
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1