UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

```
RICHARD BYRD,                    )
                                 )
            Plaintiff            )      1:06-cv-900 OWW GSA
                                 )
     v.                          )
                                 )
BULLEVUE ROAD PARTNERS,          )
ET.AL.,                          )
                                 )
            Defendant            )      ORDER
_____)
```

Paul J. Markovitz, M.D., Ph.D. is ordered to provide an update to his medical opinion regarding Mr. Kevin Little's current ability to practice law and perform the functions of an attorney.

The opinion shall be marked "personal and confidential" and submitted on or before August 22, 2008 at 4:00 p.m.

IT IS SO ORDERED.

**Dated:   August 21, 2008**            /s/ Oliver W. Wanger
                                     UNITED STATES DISTRICT JUDGE

1