**TERRY L. ALLEN SBN 34527**
**KIMBERLY G. FLORES, SBN 227131**
**ALLEN, PROIETTI & FAGALDE**
1640 "N" STREET, SUITE 200
POST OFFICE BOX 2184
MERCED, CALIFORNIA 95344-0184
(209) 723-4372
(209) 723-7397

Attorneys for Defendant Gordon Spencer

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF RICHARD BYRD,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>GORDON SPENCER, FORMER DISTRICT ATTORNEY FOR THE COUNTY OF MERCED; STEPHEN MAUZY; CENTURY 21 SALVADORI REALTY; CARL CAMPODONICA; WILLIAM AND LILLIAN CAMPODONICA TRUST; JOHN JULIUS; GARTH PECCHENINO; DAVID GRESHAM; HOSTETLER INVESTMENTS, LLC; BELLEVUE ROAD PARTNERS, LLC, and DOES 1-10,<br><br>　　　　Defendants. | CASE NO. 1:06-cv-00900-OWW-LJO<br><br>**JUDGMENT IN FAVOR OF GORDON SPENCER** |

This action came on for hearing before the Honorable Oliver W. Wanger, District Judge Presiding, on a Motion for Summary Judgment, or in the Alternative, Summary Adjudication. The evidence presented having been fully considered, the issues having been duly heard and a decision having been duly rendered, IT IS ORDERED AND ADJUDGED that the plaintiff take nothing, that the action be dismissed on the merits and that defendant, GORDON SPENCER recover his costs, in accordance with the Court's September 2, 2008, Memorandum Decision and Order Granting Motion for Summary Judgment.

Dated: September 16, 2008       /s/ OLIVER W. WANGER
　　　　　　　　　　　　　　　　　HONORABLE OLIVER W. WANGER.
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

ALLEN, PROIETTI &
FAGALDE, LLP
1640 "N" STREET, SUITE 200
POST OFFICE BOX 2184
MERCED, CA 95344-0184
(209) 723-4372

Judgment

PDF created with pdfFactory trial version www.pdffactory.com