Stephen E. Carroll, # 116333
David L. Emerzian, #222930
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Telephone:     (559) 433-1300
Facsimile:     (559) 433-2300

Attorneys for Defendants CARL CAMPODONICA;
WILLIAM AND LILLIAN CAMPODONICA TRUST;
JOHN JULIUS; GARTH PECCHENINO; DAVID
GRESHAM; HOSTETLER INVESTMENTS, LLC; and
BELLEVUE ROAD PARTNERS, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA (FRESNO DIVISION)

| | |
|---|---|
| RICHARD BYRD,<br><br>            Plaintiff,<br><br>v.<br><br>ATWATER RESERVE OFFICER MICHAEL TEATER; GORDON SPENCER, FORMER DISTRICT ATTORNEY FOR THE COUNTY OF MERCED; MARK PAZIN, SHERIFF OF THE COUNTY OF MERCED; STEPHEN MAUZY; CENTURY 21 SALVADORI REALTY; CARL CAMPODONICA; WILLIAM AND LILLIAN CAMPODONICA TRUST; JOHN JULIUS; GARTH PECCHENINO; DAVID GRESHAM; HOSTETLER INVESTMENTS, LLC; and BELLEVUE ROAD PARTNERS, LLC; C. LOGAN McKECHNIE, SPN 77393; THE COUNTY OF MERCED, CALIFORNIA; THE CITY OF ATWATER, CALIFORNIA; and DOES 1-10,<br><br>            Defendants. | Case No.  1:06-CV-00900 OWW GSA<br><br>**ORDER DENYING PLAINTIFF'S REQUEST FOR RELIEF FROM AUGUST 7, 2008 DISCOVERY ORDER AND GRANTING PLAINTIFF'S REQUEST FOR DISMISSAL OF REMAINING PARTIES WITHOUT PREJUDICE TO RE-FILING IN STATE COURT PURSUANT TO 28 U.S.C. §1367(c)3) AND TOLLING OF APPLICABLE STATUTES OF LIMITATION PURSUANT TO 28 U.S.C. §1367(d) SUBJECT TO PLAINTIFF'S COMPLIANCE WITH AUGUST 7, 2008 DISCOVERY ORDER** |

THE ESTATE OF RICHARD BYRD's ("Plaintiff") Request for Relief from this Court's

August 7, 2008 discovery order compelling Plaintiff to produce documents requested by

37372/00002-1279493.v1

ORDER DENYING PLAINTIFF'S REQUEST FOR RELIEF FROM AUGUST 7, 2008 DISCOVERY ORDER,
ETC.

PDF created with pdfFactory trial version www.pdffactory.com

Defendants CARL CAMPODONICA; WILLIAM AND LILLIAN CAMPODONICA TRUST; JOHN JULIUS; GARTH PECCHENINO; DAVID GRESHAM; HOSTETLER INVESTMENTS, LLC; and BELLEVUE ROAD PARTNERS, LLC, (hereinafter referred collectively as "Defendants") along with payment of monetary sanctions in the amount of $840.00, and request for dismissal of remaining parties without prejudice to re-filing in state court pursuant to 28 U.S.C. §1367(c)(3) and tolling of applicable statute of limitations is hereby denied in part and granted in part as follows:

1.   Plaintiff's Motion for Relief from the August 7, 2008 order is DENIED. Plaintiff shall respond to Defendants' requests for production of documents, set number one, on or before October 15, 2008, and shall pay attorney's fees in the amount of $840.00 on or before December 15, 2008. Plaintiff's failure to timely comply with either the document production or payment of attorney's fees, by the respective dates provided, will result in the dismissal with prejudice of Plaintiff's claims against Defendants CARL CAMPODONICA; WILLIAM AND LILLIAN CAMPODONICA TRUST; JOHN JULIUS; GARTH PECCHENINO; DAVID GRESHAM; HOSTETLER INVESTMENTS, LLC; and BELLEVUE ROAD PARTNERS, LLC;

2.   Plaintiff's request to dismiss this action against Defendants pursuant to 28 U.S.C. §1367(c)(3) and toll the statute of limitations pursuant to 28 U.S.C. §1367(d) is GRANTED, however, it is conditioned on Plaintiff's timely compliance with the August 7, 2008, Order as set forth above.

IT IS SO ORDERED.

Dated:   October 7, 2008              /s/ OLIVER W. WANGER
                                      UNITED STATES DISTRICT COURT JUDGE

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
P.O. Box 28912
FRESNO, CA 93729-8912

37372/00002-1279493.v1                    2

ORDER DENYING PLAINTIFF'S REQUEST FOR RELIEF FROM AUGUST 7, 2008 DISCOVERY ORDER, ETC.

PDF created with pdfFactory trial version www.pdffactory.com