1

2

3

4

5

6                        IN THE UNITED STATES DISTRICT COURT FOR THE

7                              EASTERN DISTRICT OF CALIFORNIA

8

9    ESTATE OF RICHARD BYRD,          )          No. CV-F-06-900 OWW/GSA
                                      )
10                                    )          ORDER SETTING PLAINTIFF'S
                                      )          COUNSEL'S REQUEST FOR
11                    Plaintiff,      )          RECONSIDERATION (Doc. 155)
                                      )          FOR HEARING ON MONDAY,
12             vs.                    )          JANUARY 5, 2009 AT 10:00
                                      )          A.M.
13                                    )
     ATWATER RESERVE OFFICER          )
14   MICHAEL TEATER, et al.,          )
                                      )
15                                    )
                      Defendants.     )
16                                    )
     _____)
17

18       Kevin Little's objections and request for reconsideration of

19   the Court's December 19, 2008 Order is set for hearing on Monday,

20   January 5, 2009 at 10:00 a.m.

     IT IS SO ORDERED.
21

     Dated:   December 22, 2008            /s/ Oliver W. Wanger
22                                        UNITED STATES DISTRICT JUDGE

23

24

25

26

                                       1