1  Stephen E. Carroll, # 116333
   David L. Emerzian, #222930
2  McCormick, Barstow, Sheppard,
   Wayte & Carruth LLP
3  P.O. Box 28912
   5 River Park Place East
4  Fresno, CA  93720-1501
   Telephone:    (559) 433-1300
5  Facsimile:    (559) 433-2300

**FILED**
JAN 2 3 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

6  Attorneys for Defendants CARL CAMPODONICA;
   WILLIAM AND LILLIAN CAMPODONICA TRUST;
7  JOHN JULIUS; GARTH PECCHENINO; DAVID
   GRESHAM; HOSTETLER INVESTMENTS, LLC; and
8  BELLEVUE ROAD PARTNERS, LLC

9

                    UNITED STATES DISTRICT COURT

10

              EASTERN DISTRICT OF CALIFORNIA (FRESNO DIVISION)

11

12

13  RICHARD BYRD,                              Case No.  1:06-CV-00900 OWW GSA

                Plaintiff,                     **ORDER TO FILE DOCUMENT UNDER**
14                                             **SEAL**
    v.
15
    ATWATER RESERVE OFFICER
16  MICHAEL TEATER; GORDON
    SPENCER, FORMER DISTRICT
17  ATTORNEY FOR THE COUNTY OF
    MERCED; MARK PAZIN, SHERIFF OF
18  THE COUNTY OF MERCED; STEPHEN
    MAUZY; CENTURY 21 SALVADORI
19  REALTY; CARL CAMPODONICA;
    WILLIAM AND LILLIAN
20  CAMPODONICA TRUST; JOHN
    JULIUS; GARTH PECCHENINO;
21  DAVID GRESHAM; HOSTETLER
    INVESTMENTS, LLC; and BELLEVUE
22  ROAD PARTNERS, LLC; C. LOGAN
    McKECHNIE, SPN 77393; THE
23  COUNTY OF MERCED, CALIFORNIA;
    THE CITY OF ATWATER,
24  CALIFORNIA; and DOES 1-10,

25              Defendants.

26

27          Pursuant to the Court's Memorandum Decision And Order Denying Plaintiff's Counsel's

28  Request For Reconsideration (Doc. 155), Defendants CARL CAMPODONICA; WILLIAM AND
McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
P O Box 28912
Fresno, CA 93729-6912

ORDER TO FILE DOCUMENT UNDER SEAL

1  LILLIAN CAMPODONICA TRUST; JOHN JULIUS; GARTH PECCHENINO; DAVID
2  GRESHAM; HOSTETLER INVESTMENTS, LLC; and BELLEVUE ROAD PARTNERS, LLC,
3  ("Defendants") were granted leave to respond to Mr. Little's confidential declaration by February
4  17, 2009. At the Court's direction, Defendants' response shall be filed under seal.

6  IT IS ORDERED that Defendants' Sur-Reply in Opposition to Request for Relief From or
7  Request for Extension of Time to Comply With the Court's Order on Repayment of Attorney's
8  Fees shall be filed under seal pursuant to Local Rule 39-141 on or before February 17, 2009.

9  1-23-09

11  JUDGE OLIVER W. WANGER

37372/00002-1349430.v1