**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ESTATE OF RICHARD BYRD,**<br><br>            Plaintiff,<br><br>     vs.<br><br>**ATWATER RESERVE OFFICER**<br>**MICHAEL TEATER, et al.,**<br><br>            Defendants. | No CV-F-06-900 OWW/GSA<br><br>ORDER AMENDING MEMORANDUM DECISION FILED ON JANUARY 29, 2009 *NUNC PRO TUNC* |

   The Memorandum Decision filed on January 29, 2009, (Doc. 164), is hereby amended *nunc pro tunc*. Page 3, lines 8-12 is amended to read:

> The only claims remaining in this action are state law claims against Carl Campodonica, William and Lillian Campodonica Trust, John Julius, Garth Pecchenino, David Gresham, Hostetler Investments, LLC, Bellevue Road Partners, LLC, Century 21 Salvadori Realty, and Stephen Mauzy.

In all other respects, the Memorandum Decision remains in effect as filed.

IT IS SO ORDERED.

**Dated:    January 30, 2009**              /s/ Oliver W. Wanger
                                    UNITED STATES DISTRICT JUDGE