```
 1  KEVIN G. LITTLE,  SBN 149818
    ATTORNEY AT LAW
 2  2339 Kern Street, No. 330
    Fresno, California 93721
 3  Telephone:  (559) 708-4750
    E-mail: kevinglittle@yahoo.com
 4
    Attorney for Plaintiff Richard Byrd
 5

 6

 7

 8              IN THE UNITED STATES DISTRICT COURT

 9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10                             ***

11  ESTATE OF RICHARD BYRD,              No. CV-F-06-00900 OWW GSA

12                      Plaintiff,       ORDER RE: PLAINTIFF'S MOTION FOR
13  v.                                   DISMISSAL WITHOUT PREJUDICE AND
                                         TOLLING PURSUANT TO 28 U.S.C. §§
14  ATWATER RESERVE OFFICER MICHAEL      1367(C) AND (D).
15  TEATER; GORDON SPENCER, FORMER
    DISTRICT ATTORNEY FOR THE COUNTY
16  OF MERCED; MARK PAZIN, SHERIFF OF
    THE COUNTY OF MERCED; STEPHEN
17  MAUZY; CENTURY 21 SALVADORI
    REALTY; CARL CAMPODONICA; WILLIAM
18  AND LILLIAN CAMPODONICA TRUST;
    JOHN JULIUS; GARTH PECCHENINO;
19  DAVID GRESHAM; HOSTETLER
    INVESTMENTS, LLC; BELLEVUE ROAD
20  PARTNERS, LLC; C. LOGAN McKECHNIE,
    SBN 77393, THE COUNTY OF MERCED,
21  CALIFORNIA; THE CITY OF ATWATER,
    CALIFORNIA, DOES 1-10,
22
                       Defendants.
23
```

24      This matter is before the Court on plaintiff's motion for dismissal of the remainder of this

25 action pursuant to 28 U.S.C. § 1367(c)(3) and for tolling of the applicable period of limitations

26 pursuant to 28 U.S.C. § 1367(d).  The Court notes that, as a result of the various preceding

27 dismissal and summary judgment motions, all of the claims over which it has original

28

---

PROPOSED ORDER

jurisdiction in this action have been dismissed. Defendants Michael Teater, Gordon Spencer, Mark Pazin, C. Logan McKechnie, the County of Merced, and the City of Atwater, have all been dismissed with prejudice.

Having considered the plaintiff's motion and all pleadings and argument related thereto, the Court now grants the motion and orders that the remaining defendants, Stephen Mauzy, Century 21 Salvadori Realty, Carl Campodonica, William and Lillian Campodonica Trust, John Julius, Garth Pecchenino, David Gresham, Hostetler Investments, LLC, and Bellevue Road Partners, LLC, are dismissed without prejudice, with the applicable state law statutes of limitation being tolled for a period of thirty (30) days from the date of this order.

IT IS SO ORDERED.

Dated: 3/16/2009 /s/ OLIVER W. WANGER
Oliver W. Wanger
United States District Judge

PROPOSED ORDER -2-