```
1   KEVIN G. LITTLE, SBN 149818
    ATTORNEY AT LAW
2   2339 Kern Street, No. 330
    Fresno, California 93721
3   Telephone: (559) 708-4750
    E-mail: kevinglittle@yahoo.com
4
5   Attorney for Plaintiff Richard Byrd
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

\*\*\*

| ESTATE OF RICHARD BYRD, | No. CV-F-06-00900 OWW GSA |
|---|---|
| Plaintiff, | JUDGMENT |
| v. | |
| ATWATER RESERVE OFFICER MICHAEL TEATER; GORDON SPENCER, FORMER DISTRICT ATTORNEY FOR THE COUNTY OF MERCED; MARK PAZIN, SHERIFF OF THE COUNTY OF MERCED; STEPHEN MAUZY; CENTURY 21 SALVADORI REALTY; CARL CAMPODONICA; WILLIAM AND LILLIAN CAMPODONICA TRUST; JOHN JULIUS; GARTH PECCHENINO; DAVID GRESHAM; HOSTETLER INVESTMENTS, LLC; BELLEVUE ROAD PARTNERS, LLC; C. LOGAN McKECHNIE, SBN 77393, THE COUNTY OF MERCED, CALIFORNIA; THE CITY OF ATWATER, CALIFORNIA, DOES 1-10, | |
| Defendants. | |

This matter has now been fully resolved, and the entry of judgment is therefore appropriate.

Defendants Michael Teater, Gordon Spencer, Mark Pazin, C. Logan McKechnie, the County of Merced, and the City of Atwater are hereby dismissed with prejudice.

---

PROPOSED JUDGMENT

Defendants Stephen Mauzy, Century 21 Salvadori Realty, Carl Campodonica, William and Lillian Campodonica Trust, John Julius, Garth Pecchenino, David Gresham, Hostetler Investments, LLC, and Bellevue Road Partners, LLC, are hereby dismissed without prejudice, with the applicable state law statutes of limitation being tolled for a period of thirty (30) days from the date of this judgment.

IT IS SO ORDERED.

Dated: 3/16/2009 /s/ OLIVER W. WANGER
Oliver W. Wanger
United States District Judge